UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CHARLES LANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause Number: 2:22-CV-337-PPS-JEM |
| ) | |
| CONTRAK COURIER, INC. and ) | |
| DENNIS MORROW, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff, Charles Lane, through counsel, filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [DE 12.] Defendants, Contrak Courier, Inc., and Dennis Morrow, have not yet filed an answer, motion to dismiss, or motion for summary judgment in this matter.

As the Notice of Voluntary Dismissal [DE 12] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and all claims are **DISMISSED WITH PREJUDICE** against Defendants, Contrak Courier, Inc. and Dennis Morrow. Plaintiff will bear his own fees and costs. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**. ENTERED: March 7, 2023.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**